IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,                    No. CIV S-09-2152 MCE KJM P

    vs.

RIO COSUMNES
CORRECTIONAL INSTITUTION,        <u>ORDER AND</u>

        Defendant.               <u>FINDINGS AND RECOMMENDATIONS</u>

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of January 20, 2010. In addition, he has requested that the court direct the prison to give him access to the law library.

        The underlying action stems from actions that occurred at Rio Cosumnes Correctional Center. Plaintiff's request would involve the court directing parties who are not defendants in this action to act. This court is unable to issue an order against individuals who are not parties to a suit pending before it. See <u>Zenith Radio Corp. v. Hazeltine Research, Inc.</u>, 395 U.S. 100, 112 (1969).

/////

/////

/////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Docket No. 18) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

IT IS HEREBY RECOMMENDED that plaintiff's request for an order directing prison officials to give him access to the law library (docket no. 18) be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 23, 2010.

_____
U.S. MAGISTRATE JUDGE

/mp
weav2152.36